**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:15-CR-75 |
| ) | |
| PHILANDER HARRIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Philander Harris (DE #22) filed on October 16, 2015. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Philander Harris, and **FINDS** Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. section 922(g)(1).

This matter will be set for sentencing via separate order.

**DATED: November 4, 2015**            /s/RUDY LOZANO, Judge
                                       **United States District Court**